UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ELIA RAMIREZ,
Plaintiff,
v.
TRUSPER, INC.,
Defendant.

Case No. 5:24-cv-02012-EJD

**ORDER REGARDING BRIEFING SCHEDULE AND LIMITED DISCOVERY**

The Court is in receipt of the parties' separate statements regarding briefing schedules and limited discovery. ECF Nos. 46, 48. Pursuant to the parties' stipulation, the Court enters the following schedule:

- Initial Disclosures: February 6, 2026
- Stipulated Protective Order and ESI Protocol: February 17, 2026
- Motion to Dismiss: February 27, 2026
- Opposition: March 30, 2026
- Reply: April 20, 2026

The parties shall contact the Courtroom Deputy to reserve a hearing date for Defendants' anticipated motion to dismiss.

The parties may engage in limited discovery during the pendency of Defendant's motion to dismiss as follows:

- The Parties are limited to serving fifteen Interrogatories and fifteen Requests for Production.
- The Parties may not conduct depositions at this time.
- The Parties shall not serve their discovery requests before February 27, 2026.



United States District Court
Northern District of California

United States District Court
Northern District of California

The parties may contact the Court for additional discovery requests following their review of this limited discovery.

**IT IS SO ORDERED.**

Dated: February 2, 2026

EDWARD J. DAVILA
United States District Judge