TIMOTHY K. BRANSON (SBN: 187242)
tbranson@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7441
Facsimile: (619) 696-7124

SARA ANDERSON FREY (pro hac vice)
sfrey@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
1717 Arch Street, Suite 610
Philadelphia, PA 19103
Telephone: (215) 717-4009
Facsimile: (215) 693-6650

Attorneys for Defendant
TRUSPER, INC. D/B/A MUSELY

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLA RAMIREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRUSPER, INC. D/B/A MUSELY,<br><br>Defendant. | Case No. 5:24-cv-07374-EJD<br><br>Assigned to: Hon. Edward J. Davila<br><br>**DECLARATION OF SARA ANDERSON FREY IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT TRUSPER, INC. D/B/A MUSELY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date: June 4, 2026<br>Time: 9:00 a.m.<br>Place: Courtroom 4 – 5th Floor<br><br>Action Filed: October 22, 2024<br><br>Trial Date: None |

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

I, Sara Anderson Frey, declare as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Pennsylvania admitted pro hac vice in this matter (Doc. 41), a partner with the law firm of Gordon Rees Scully Mansukhani, LLP, and am counsel for Defendant Trusper, Inc. d/b/a Musely ("Musely") in the above-captioned action. I have personal knowledge of the facts set forth herein and if called upon as a witness thereto, could do so competently under oath.

2. Attached as **Exhibit 1** is a true and correct screenshot of the Musely website captured by the Internet Archive's Wayback Machine on August 3, 2023, and publicly available at: https://web.archive.org/web/20230803043806/https://www.musely.com/login (last visited February 27, 2026).

3. Attached as **Exhibit 2** is a true and correct copy of Musely's Privacy Policy with an effective date of June 28, 2021, publicly available at www.musely.com/privacy (last visited February 27, 2026).

4. Plaintiff alleges that she visited the Website and made a purchase in August 2023. Doc. 49 at ¶ 5.

I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania that the foregoing is true and correct and that this Declaration was executed on February 27, 2026 in Boothwyn, Pennsylvania.

*/s/ Sara Anderson Frey*
Sara Anderson Frey