TIMOTHY K. BRANSON (SBN: 187242)
tbranson@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7441
Facsimile: (619) 696-7124

SARA ANDERSON FREY (pro hac vice)
sfrey@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
1717 Arch Street, Suite 610
Philadelphia, PA 19103
Telephone: (215) 717-4009
Facsimile: (215) 693-6650

Attorneys for Defendant
TRUSPER, INC. D/B/A MUSELY

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELLA RAMIREZ, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

TRUSPER, INC. D/B/A MUSELY,

Defendant.

Case No. 5:24-cv-07374-EJD

Assigned to: Hon. Edward J. Davila

**DECLARATION OF STEVEN BUCHANAN IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT TRUSPER, INC. D/B/A MUSELY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Date: June 4, 2026
Time: 9:00 a.m.
Place: Courtroom 4 – 5th Floor

Action Filed: October 22, 2024

Trial Date: None

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

I, Steven Buchanan, declare as follows:

1. I am employed as the Chief Operating Officer at Trusper, Inc. d/b/a Musely ("Musely"). My current job responsibilities include supervision of the Musely website and mobile application, as well as Musely's business operations. Based on these responsibilities, as well as my review of Musely's records, I have personal knowledge of the facts set forth herein and if called upon as a witness thereto, could do so competently under oath.

2. I certify that the information described in this Declaration was made and maintained in the ordinary course of Musely's regularly conducted business activities.

3. At my request, on February 26, 2026, members of Musely's engineering team restored code from Musely's website, www.musely.com, to reflect the time period 2023 to 2024 and captured the screenshot attached as Exhibit 1.

4. The image on the left side of the screenshot depicts the publicly available webpage www.musely.com/login as it appeared between 2023 and 2024. Ex. 1.

5. The image on the right side of the screenshot depicts the publicly available webpage www.musely.com/privacy as it appeared between 2023 and 2024. Ex. 1.

6. The red arrow on the screenshot indicates that when the hyperlink Privacy Policy was clicked, it sent visitors directly to Musely's Privacy Policy. Ex. 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 27, 2026 *_/s/ Steven Buchanan_*
STEVEN BUCHANAN

As the ECF user submitting this Declaration, I, Sara Anderson Frey, attest that Steven Buchanan consents to the filing of this document under his electronic signature.

Executed on: February 27, 2026 *_/s/ Sara Anderson Frey_*
SARA ANDERSON FREY