UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| ELIA RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>TRUSPER, INC.,<br><br>Defendant. | Case No.  24-cv-02012-EJD (VKD)<br><br>**INTERIM ORDER RE JUNE 16, 2026 DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 64 |

As discussed at the July 7, 2026 hearing on the parties' June 16, 2026 discovery dispute (Dkt. No. 64), the Court orders as follows:

1. By **July 10, 2026**, the parties shall file a stipulation identifying exactly what discovery defendant will provide and when that discovery will be produced.  To the extent any issues presented in the June 16, 2026 discovery letter remain unresolved, the parties shall list those outstanding disputes, without argument.

2. With respect to any such unresolved disputes, the parties shall appear <u>in person</u> on **July 14, 2026, 10:00 a.m.** in Courtroom 2, Fifth Floor, of the United States District Court in San Jose.  Depending on the status of those matters, the Court may require the parties to proceed to the Attorney Lounge of the courthouse to confer in a good faith attempt to resolve those disputes.

3. If it appears that one party is being unreasonable, the Court will consider shifting fees

//

//

//

and/or costs.  *See* Fed. R. Civ. P. 26, 37.

**IT IS SO ORDERED.**

Dated: July 7, 2026

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California