United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ELIA RAMIREZ,

Plaintiff,

v.

TRUSPER, INC.,

Defendant.

Case No. 24-cv-02012-EJD (VKD)

**ORDER DENYING PLAINTIFF'S REQUEST FOR A DISCOVERY HEARING AND REQUIRING JOINT SUBMISSION BY AUGUST 21, 2026**

Re: Dkt. No. 75

On August 10, 2026, plaintiff Elia Ramirez filed a “request for a discovery hearing or, in the alternative, an order compelling Defendant to produce discovery by the stipulated deadlines of August 14, 2026 and September 30, 20206, and an award of fees.” Dkt. No. 75 at 1. Plaintiff’s request does not comply with this Court’s Standing Order, which specifies the procedures that apply to discovery disputes. To the extent plaintiff seeks a fee award in connection with a discovery-related dispute, the request also does not comply with Civil Local Rule 37-4. For this reason, the Court denies without prejudice plaintiff’s request for a discovery hearing, her alternative request for an order compelling defendant’s production of discovery, and her request for an award of fees.

The parties shall comply with this Court’s Standing Order and shall file a joint discovery dispute letter regarding any unresolved disputes identified in plaintiff’s August 10, 2026 filing by **August 21, 2026**.

**IT IS SO ORDERED.**

Dated: August 11, 2026

Virginia K. DeMarchi
United States Magistrate Judge